# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| CASE NO. 4:17CR250 | MINUTES | JUDGE CODE: 3JBC |
| UNITED STATES of AMERICA | | GREG GILLULY/TANIA GROOVER |
| Plaintiff | | Counsel for Plaintiff |
| vs. | | |
| JOHN WILLIE SCOTT, JR. | | |
| Defendant | | Counsel for Defendant |

ALSO PRESENT:

**SHERRI F. FLANDERS** — Courtroom Deputy Clerk
**FTR** — Court Reporter
Keith/Bobby — U. S. Marshal
**BRIAN MILLS** — U. S. Probation

NOVEMBER 29, 2017                                   SAVANNAH, GA
DATE                                                                    PLACE

CASE CALLED THIS DATE FOR   INITIAL APPEARANCE
CHARGES SET OUT BY THE COURT.

RIGHTS ADVISED.

DFT. REQUESTS APPT'D COUNSEL; SO ORDERED

BOND: Detention hearing set for 12-6 @ 9:00